STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant
MICHAEL ACOSTA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ACOSTA,<br><br>Defendant. | CR 13-613 JST<br><br>STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; [PROPOSED] ORDER |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of December 20, 2013, presently scheduled at 9:30 a.m. before the Honorable Jon S. Tigar, be vacated and the matter be re-set for February 14, 2013, for status.

The requested continuance is necessary because defense counsel is conducting ongoing investigation, which cannot be completed prior to the currently scheduled court date, and counsel for the government is still in the process of obtaining discovery, specifically the dispatch recordings, from the investigating agency. Additionally, Defense counsel will be out of the office and unavailable from December 30, 2013 to January 27, 2014. Therefore, the parties jointly request that

CR 13-613 JST
Stipulation to Continuance and Exclusion of Time

1

1  the matter be continued to February 14, 2014.  This will also give the parties necessary time to
2  continue negotiations, which have been ongoing.
3      The parties agree and stipulate that the time until February 14, 2014 should be excluded,
4  under 18 U.S.C. §3161(h)(1)(G) and 18 U.S.C. §3161(h)(7)(B)(iv) because the ends of justice served
5  by the granting of the continuance outweigh the bests interests of the public and the defendant in a
6  speedy and public trial.

8  Date: December 16, 2013        /s/
        ELLEN V. LEONIDA
9          Assistant Federal Public Defender
        Counsel for MICHAEL ACOSTA

11 Date: December 16, 2013        /s/
        CYNTHIA FREY
12         Assistant United States Attorney

## ORDER

    The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts and to provide Mr. Acosta with continuity of counsel.  Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to February 14, 2014 at 9:30 a.m., before the Honorable Jon S. Tigar, and that time is excluded until February 14, 2014 pursuant to 18 U.S.C. § 3161(h)(1)(G) and 18 U.S.C. §3161(h)(7)(B)(iv) .

    IT IS SO ORDERED.

December 16, 2013
Date        HON. JON S. TIGAR
        UNITED STATES DISTRICT JUDGE

CR 13-613 JST
Stipulation to Continuance and Exclusion of Time
2