1 STEVEN G. KALAR
Federal Public Defender
2 ELLEN V. LEONIDA
Assistant Federal Public Defender
3 555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4 Telephone: (510) 637-3500
Facsimile: (510) 637-3507
5 ellen_leonida@fd.org

6 Counsel for Defendant
MICHAEL ACOSTA

FILED

MAR 20 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 13-613 JST |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; [PROPOSED] ORDER |
| MICHAEL ACOSTA, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of March 21, 2014, presently scheduled at 9:30 a.m. before the Honorable Jon S. Tigar, be vacated and the matter be re-set for April 18, 2014, for status.

The requested continuance is necessary because Mr. Acosta is potentially facing additional, more serious charges. Counsel have been discussing a potential global resolution. Government counsel is in the process of obtaining discovery regarding the charges. Therefore, the parties jointly request that the matter be continued to April 18, 2014. This will also give the parties necessary time to continue negotiations, which have been ongoing.

CR 13-613 JST
Stipulation to Continuance and Exclusion of Time

1

The parties agree and stipulate that the time until April 18, 2014 should be excluded, under 18 U.S.C. §3161(h)(1)(G) and 18 U.S.C. §3161(h)(7)(B)(iv) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial.

Date: March 19, 2014

/s/
ELLEN V. LEONIDA
Assistant Federal Public Defender
Counsel for MICHAEL ACOSTA

Date: March 19, 2014

/s/
CYNTHIA FREY
Assistant United States Attorney

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts and to provide Mr. Acosta with continuity of counsel. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to April 18, 2014 at 9:30 a.m., before the Honorable Jon S. Tigar, and that time is excluded until April 18, 2014 pursuant to 18 U.S.C. § 3161(h)(1)(G) and 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

3/20/14
Date

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

CR 13-613 JST
Stipulation to Continuance and Exclusion of Time

2