MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

CYNTHIA M. FREY (DCBN 475889)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Cynthia.Frey@usdoj.gov
Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>MICHAEL ACOSTA,<br><br>    Defendant. | CR 13-0613 JST<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161) |

    On April 18, 2014, Ellen Leonida, Assistant Federal Public Defender, on behalf of the defendant and Cynthia Frey, Assistant United States Attorney, on behalf of the United States, appeared before this court on a status conference. The defendant requested a motions schedule and this Court set a motions schedule such that the defendant's motions to suppress shall be filed by June 26, 2014, the United States' response shall be filed by July 3, 2014, and the motion hearing will be held on July 11, 2014.

    The parties agree that time should appropriately be excluded for effective preparation of counsel from April 18, 2014 through July 11, 2014 in order to provide defense counsel with adequate time to review discovery, conduct additional investigation, consult with the defendant, and prepare motions.

    The defendant agrees to exclude for these periods of time any time limits applicable under 18

STIPULATION AND [PROPOSED] ORDER
CR 13-0613 JST

1  U.S.C. § 3161.  The parties represent that granting the continuance, is necessary for effective
2  preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The
3  parties also agree that the ends of justice served by granting such a continuance outweigh the best
4  interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

5   In addition, the parties agree that time is appropriately excluded from June 26, 2014 through July
6  11, 2014, as delay resulting from any pretrial motion, pursuant to 18 U.S.C. § 3161 (h)(1)(D).

7  SO STIPULATED:

8                                              MELINDA HAAG
                                                United States Attorney
9
   DATED: May 9, 2014                                    /S/
10                                             CYNTHIA M. FREY
                                                Assistant United States Attorney
11

12 DATED: May 9, 2014                                    /S/
                                                ELLEN LEONIDA
13                                             Attorney for MICHAEL ACOSTA

14   Based upon the representation of counsel and for good cause shown, the Court finds that failing
15 to exclude the time between April 18, 2014 through July 11, 2014 would unreasonably deny the
16 defendant and counsel the reasonable time necessary for effective preparation, taking into account the
17 exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of
18 justice served by excluding the time between April 18, 2014 and July 11, 2014 from computation under
19 the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  The
20 Court further finds that time is appropriately excluded between June 26, 2014 and July 11, 2014 as delay
21 resulting from any pretrial motion.   18 U.S.C. § 3161 (h)(1)(D).

22   Therefore, IT IS HEREBY ORDERED that the time between April 18, 2014 and July 11, 2014
23 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C §§ 3161(h)((1)(D),
24 3161(h)(7)(A), and 3161(h)(7)(B)(iv).

25

26 DATED:  May 9, 2014                    _____
                                                HONORABLE JON S. TIGAR
27                                             United States District Court Judge

28

STIPULATION AND [PROPOSED] ORDER
CR 13-0613 JST