MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

CYNTHIA M. FREY (DCBN 475889)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Cynthia.Frey@usdoj.gov
Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-0613 JST |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERNCE AND FOR EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT   (18 U.S.C. § 3161) |
| MICHAEL ACOSTA, | |
| Defendant. | |

      On April 18, 2014, Ellen Leonida, Assistant Federal Public Defender, on behalf of the defendant and Cynthia Frey, Assistant United States Attorney, on behalf of the United States, appeared before this court on a status conference.  The defendant requested a motions schedule and this Court set a motions schedule such that the defendant's motions to suppress shall be filed by June 26, 2014, the United States' response shall be filed by July 3, 2014, and the motion hearing will be held on July 11, 2014. Time was excluded under the Speedy Trial Act through July 11, 2014.

      Since that time, the defendant did not file a motion. The Court has set a status conference for July 11, 2014.  The government has provided additional discovery to the defendant since April 18, 2014

STIPULATION AND [PROPOSED] ORDER
CR 13-0613 JST

and the parties are continuing to attempt to resolve this matter.  The parties have contacted the Courtroom Deputy and are informed the first available date in Oakland is on September 5, 2014, and that September 12, 2014 is also available.  The parties agree to continue the matter to September 12, 2014.

The parties agree that time should appropriately be excluded for effective preparation of counsel from July 11, 2014 to September 12, 2014 in order to provide defense counsel with adequate time to review discovery, conduct additional investigation, and consult with the defendant.

The defendant agrees to exclude for these periods of time any time limits applicable under 18 U.S.C. § 3161.  The parties represent that granting the continuance, is necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: July 9, 2014                  /S/
                                     CYNTHIA M. FREY
                                     Assistant United States Attorney

DATED: July 9, 2014                  /S/
                                     ELLEN LEONIDA
                                     Attorney for MICHAEL ACOSTA

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between July 11, 2014 and September 12, 2014 would unreasonably deny the defendant and counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between July 11, 2014 and September 12, 2014 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

STIPULATION AND [PROPOSED] ORDER
CR 13-0613 JST

1 | The Court further finds that time is appropriately excluded between July 11, 2014 and September 12,
2 | 2014 as delay resulting from any pretrial motion.   18 U.S.C. § 3161 (h)(1)(D).
3 |     Therefore, IT IS HEREBY ORDERED that the time between July 11, 2014 and September 12,
4 | 2014 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C §§ 3161(h)((1)(D),
5 | 3161(h)(7)(A), and 3161(h)(7)(B)(iv).

7 | DATED:  July 9, 2014

_____
HONORABLE JON S. TIGAR
United States District Court Judge

STIPULATION AND ~~[PROPOSED]~~ ORDER
CR 13-0613 JST