1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  CYNTHIA M. FREY (DCBN 475889)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       Cynthia.Frey@usdoj.gov
8  Attorneys for United States of America

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12

13  UNITED STATES OF AMERICA         )  CR 13-0613 JST
                                     )
14                                   )  STIPULATION AND [PROPOSED] ORDER TO
                                     )  CONTINUE STATUS CONFERENCE AND FOR
15            v.                     )  EXCLUSION OF TIME UNDER THE SPEEDY
                                     )  TRIAL ACT   (18 U.S.C. § 3161)
16                                   )
                                     )
17  MICHAEL ACOSTA,                  )
                                     )
18            Defendant.             )
                                     )
19  _____)

20

21       This matter is currently set for a status conference on September 12, 2014.  The parties have

22  agreed to continue the matter to October 21, 2014 for a change of plea.  The parties have contacted the

23  Courtroom Deputy and are informed the first available date in Oakland is on October 21, 2014 at 10:00

24  a.m.  The parties agree that time should appropriately be excluded for effective preparation of counsel

25  from September 12, 2014 to October 21, 2014 in order to provide defense counsel with adequate time to

26  review discovery, conduct additional investigation, and consult with the defendant.

27       The defendant agrees to exclude for these periods of time any time limits applicable under 18

28  U.S.C. § 3161.  The parties represent that granting the continuance, is necessary for effective

STIPULATION AND [PROPOSED] ORDER
CR 13-0613 JST

1  preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The
2  parties also agree that the ends of justice served by granting such a continuance outweigh the best
3  interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

5  SO STIPULATED:

6                                                                    MELINDA HAAG
                                                                     United States Attorney

8  DATED: September 4, 2014                        /s/
                                                                     CYNTHIA M. FREY
9                                                                    Assistant United States Attorney

11 DATED: September 4, 2014                        /s/
                                                                     ELLEN LEONIDA
12                                                                   Attorney for MICHAEL ACOSTA

STIPULATION AND [PROPOSED] ORDER
CR 13-0613 JST

1  Based upon the representations of counsel and for good cause shown, IT IS HEREBY
2  ORDERED that the above-captioned matter be continued to October 21, 2014 at 10:00 a.m.

3  In addition, based upon the representation of counsel and for good cause shown, the Court finds
4  that failing to exclude the time between September 12, 2014 and October 21, 2014 would unreasonably
5  deny the defendant and counsel the reasonable time necessary for effective preparation, taking into
6  account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the
7  ends of justice served by excluding the time between September 12, 2014 and October 21, 2014 from
8  computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a
9  speedy trial.  The Court further finds that time is appropriately excluded between September 12, 2014
10 and October 21, 2014 as delay resulting from any pretrial motion.   18 U.S.C. § 3161 (h)(1)(D).

11 Therefore, IT IS HEREBY ORDERED that the time between September 12, 2014 and October
12 21, 2014 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C §§ 3161(h)((1)(D),
13 3161(h)(7)(A), and 3161(h)(7)(B)(iv).

14 DATED: September 7, 2014_____    _____
15                                  HONORABLE JON S. TIGAR
                                 United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
CR 13-0613 JST