STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMTUH
Assistant Federal Public Defender
1301 Clay St., Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500
Fax: (510) 637-3507

Counsel for Defendant
MICHAEL ACOSTA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 13-613 JST |
|---|---|
| PLAINTIFF, | STIPULATION TO CONTINUANCE; [PROPOSED] ORDER |
| V. | |
| MICHAEL ACOSTA, | |
| DEFENDANT. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the Sentencing date of September 2, 2016 presently scheduled at 9:30 a.m., before the Honorable Jon S. Tigar, be vacated and re-set for September 30, 2016 at 9:30 a.m.

The requested continuance is necessary because the Probation Officer is in the process of receiving and reviewing additional discovery from the government. A Draft Presentence Report has yet to be issued, given the parties' desire to address the aforementioned outstanding issues. All parties and the probation officer agree to the proposed continuance and are available on September 30, 2016. Good cause exists for the continuance of the hearing. Crim. L.R. 32-2(a)-(a)(1).

CR 13-613 JST
Stip. to Continuance; [Proposed] Order

1

| | | |
|---|---|---|
| 1 | DATED: August 25, 2016 | /S/ |
| 2 | | JOHN PAUL REICHMUTH<br>Assistant Federal Public Defender<br>Counsel for Defendant MICHAEL ACOSTA |
| 4 | DATED: August 25, 2016 | /S/ |
| 5 | | CYNTHIA M. FREY<br>Assistant United States Attorney |

**ORDER**

IT IS HEREBY ORDERED THAT the above-captioned matter be continued to September 30, 2016 at 9:30 a.m., before the Honorable Jon S. Tigar for sentencing.

IT IS SO ORDERED.

DATED: August 25, 2016

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE

CR 13-613 JST
Stip. to Continuance; [Proposed] Order

2