1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  CYNTHIA FREY (DCBN 475889)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       cynthia.frey@usdoj.gov
8
   Attorneys for United States of America
9
                           UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                                   OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,           ) CASE NO.: CR 13-0613 JST
                                         )
14 |     Plaintiff,                      ) STIPULATION AND [PROPOSED] ORDER TO
                                         ) CONTINUE SENTENCING
15 |   v.                                )
                                         )
16 | MICHAEL ACOSTA,                     ) Current Date: September 30, 2016
                                         ) Time: 9:30 a.m.
17 |     Defendant.                      )
                                         ) Proposed Date: October 17, 2016
18 |                                     ) Time: 10:30 a.m.
                                         ) Location: Courtroom 9 (SF)
19

20      This matter was recently continued for sentencing on September 30, 2016 to allow United States

21 Probation time to review additional discovery in relation to this matter.  The parties request an additional

22 short continuance to October 17, 2016 at 10:30 a.m. to accommodate the schedules of the parties.

23      This request is made pursuant to Criminal Local Rule 32-2.  Good cause exists for the

24 continuance of the hearing.  Crim. L.R. 32-2(a) - (a)(1).  Moreover, counsel for both parties and the

25 Probation Officer have conferred and confirmed their availability on October 17, 2016 at 10:30 a.m.

26 Additionally, the Court is available on that date.  Crim. L. R. 32-2(a)(2)-(3).  A proposed order is

27 attached hereto.  Crim. L.R. 32-2(a)(4).

28

STIPULATION AND [PROPOSED] ORDER
CR NO. 13-0613 JST

1 | SO STIPULATED:

2 |                          BRIAN J. STRETCH
                         United States Attorney

4 | DATED: September 7, 2016           /s/
                         CYNTHIA M. FREY
                         Assistant United States Attorney

7 | DATED: September 7, 2016           /s/
                         JOHN PAUL REICHMUTH
                         Attorney for MICHAEL ACOSTA

1   For good cause shown and in accordance with Criminal Local Rule 32-2(a), the sentencing on
2  this matter, now scheduled for September 30, 2016 is vacated. The hearing shall be continued to
3  October 17, 2016 at 10:30 a.m.
4  IT IS SO ORDERED.

6  DATED:  September 7, 2016



STIPULATION AND [~~PROPOSED~~] ORDER
CR NO. 13-0613 JST                                   3